# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts, Kenneth Johnson, Mike Davis, Gerald Adger, Sheryl Bishop, Richard Raschke, Eamon Riley, Brandon Simpson, Other Unidentified Drill Instructors, Wichita County, Wichita County Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3-03CV 2619K

TO: (Name and address of Defendant)

Dave Johnson
600 Scott Street
Wichita Falls, Texas 76301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

OCT 24 2003

| CLERK | DATE |
|---|---|
| /s/ Amanda Shell | |

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts, Kenneth Johnson, Mike Davis, Gerald Adger, Sheryl Bishop, Richard Raschke, Eamon Riley, Brandon Simpson, Other Unidentified Drill Instructors, Wichita County, Wichita County Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**3-03 CV 2619 K**

TO: (Name and address of Defendant)

Kirk Wolfe
1001 Calhoun
Wichita Falls, Texas 76304

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                                          OCT 24 2003

CLERK  *Amanda Shell*                                   DATE
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts, Kenneth Johnson, Mike Davis, Gerald Adger, Sheryl Bishop, Richard Raschke, Eamon Riley, Brandon Simpson, Other Unidentified Drill Instructors, Wichita County, Wichita County Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**3-03CV 2619K**

TO: (Name and address of Defendant)

Johnny Roberts
5247 Kingston
Wichita Falls, Texas 76310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Kenneth Johnson
1001 Calhoun
Wichita Falls, Texas 76304

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK

(By) DEPUTY CLERK

DATE

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Mike Davis
1101 Fuller
Wichita Falls, Texas 76301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

CLERK

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3-03CV 2019k

TO: (Name and address of Defendant)

Gerald Adger
4012 Hooper Drive
Wichita Falls, Texas 76306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK  *Amanda Shell*

(By) DEPUTY CLERK

DATE  OCT 24 2003

# UNITED STATES DISTRICT COURT

### Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts, Kenneth Johnson, Mike Davis, Gerald Adger, Sheryl Bishop, Richard Raschke, Eamon Riley, Brandon Simpson, Other Unidentified Drill Instructors, Wichita County, Wichita County Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**3-03 CV 2619 K**

TO: (Name and address of Defendant)

Sheryl Bishop
P.O. Box 1470
Wichita Falls, Texas 76307

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                                    OCT 24 2003

CLERK    *Amanda Shell*                           DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Richard Raschke
4836 Lovers Lane
Wichita Falls, Texas 76310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
3-03CV 2619K

TO: (Name and address of Defendant)

Eamon Riley
1804 Cedar Avenue
Wichita Falls, Texas 76309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK                                                    DATE

(By) DEPUTY CLERK   Amanda Shell

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3-03CV ? . J K

TO: (Name and address of Defendant)

Brandon Simpson
7421 Frankford Road, No. 2031
Dallas, Texas 75252

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK   _Amanda Shell_

(By) DEPUTY CLERK

DATE   OCT

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

3-03CV 2619K

TO: (Name and address of Defendant)

Wichita County Juvenile Board
c/o Judge Woodrow Gossom
900 7th Street, Suite 202
Wichita Falls, Texas 76307 1

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 24 2003

CLERK OF COURT

CLERK  *Amanda Shell*

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Northern District of Texas

Sterling Baland
Manuel Smelley

V.

Dave Johnson, Kirk Wolfe, Johnny Roberts,
Kenneth Johnson, Mike Davis, Gerald Adger,
Sheryl Bishop, Richard Raschke, Eamon Riley,
Brandon Simpson, Other Unidentified Drill
Instructors, Wichita County, Wichita County
Juvenile Board

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**3-03CV 2619K**

TO: (Name and address of Defendant)

Wichita County
c/o Judge Woodrow Gossom
900 7th Street, Suite 202
Wichita Falls, Texas 76301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Rickey G. Bunch
P.O. Box 3421
Wichita Falls, Texas 76301-0421

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK  *Amanda Shell*

(By) DEPUTY CLERK

DATE  OCT 24 2003