IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED

DEC 1 2 2003

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| STERLING BALAND, INDIVIDUALLY; <br> MANUEL SMELLEY, INDIVIDUALLY; <br> AND AS CLASS REPRESENTATIVES, <br><br> Plaintiffs, <br><br> v. <br><br> DAVE JOHNSON, INDIVIDUALLY; <br> KIRK WOLFE, INDIVIDUALLY; <br> JOHNNY ROBERTS, INDIVIDUALLY; <br> KENNETH JOHNSON, INDIVIDUALLY; <br> MIKE DAVIS, INDIVIDUALLY; <br> GERALD ADGER, INDIVIDUALLY; <br> SHERYL BISHOP, INDIVIDUALLY; <br> RICHARD RASCHKE, INDIVIDUALLY; <br> EAMON RILEY, INDIVIDUALLY; <br> BRANDON SIMPSON, INDIVIDUALLY; <br> OTHER UNIDENTIFIED DRILL <br> INSTRUCTORS; WICHITA COUNTY <br> JUVENILE BOARD AND <br> WICHITA COUNTY, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NUMBER <br><br> 3-03-CV 2619 K |

## CERTIFICATE OF INTERESTED PERSONS OF
## WICHITA COUNTY, WICHITA COUNTY JUVENILE BOARD,
## AND DAVE JOHNSON

The undersigned, counsel of record for Defendants Wichita County, Wichita County Juvenile Board, and Dave Johnson, certifies that there are no known interested parties other than those parties already named and participating in the case.

Dated this   11   day of December 2003.

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS - Page 1**

Respectfully submitted,

*[signature]*

RANDAL MATHIS
State Bar No. 13194300
MARK M. DONHEISER
State Bar No. 05974800
THOMAS D. BOYLE
State Bar No. 02797850
MATHIS & DONHEISER, P.C.
4600 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Telephone:  (214) 303 1919
Facsimile:  (214) 303 0399
Email: rmathis@mathisdonheiser.com

ATTORNEYS FOR WICHITA COUNTY,
WICHITA COUNTY JUVENILE BOARD,
AND DAVE JOHNSON

Of Counsel:

DOUGLAS L. BAKER
Assistant District Attorney
Wichita County Courthouse
900 7th St., 3rd Floor
Wichita Falls, TX  76307
Tel:  940-766-8113
Fax:  940-766-8177

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been forwarded to all other counsel of record in accordance with the Federal Rules of Civil Procedure on this __11__ day of December 2003.

*[signature]*
THOMAS D. BOYLE

s:\5675\2\pleading\cert intrs persons - johnson

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS** - Page 2